UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

2014 JUN 2  A 11: 27

Robert Dee Burke

v.                                    Case No. 14-CV-158-SM

Warden, New Hampshire
State Prison, et al.

## AMENDED PETITION

The plaintiff Robert Dee Burke, filed a
42 U.S.C. section 1983. Against the Warden
of the NHSP, NHSP classification counselor,
and the NHSP Health service administator.
They violated the plaintiff's 8th
Amendment rights and acted with
deliberate indifference when they
failed to make sure the plaintiff
received adequate medical care for
his acne. When being transferred
to Connecticut.

## FACTS

1. The plaintiff in the exhibit C
page 6 TRANSFER SUMMARY

This claim should not be dismissed for anything. When in fact it stands on merit alone.

_Robert Dee Burke_
Robert Dee Burke
4/1758

June 22, 2014