UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Robert Dee Burke

v.                                            Case No. 14-cv-158-SM

NH State Prison, Warden, et al.


O R D E R


     After due consideration of the objection filed, I herewith
approve the Report and Recommendation of Magistrate Judge Andrea
K. Johnstone dated October 24, 2014, for the reasons set forth
therein.

     Plaintiff's claims asserted in Document Nos. 1, 10, 13 and
14, against the New Hampshire defendants are hereby dismissed
for failure to state a claim.  Defendants New Hampshire State
Prison Warden Richard Gerry, NHDOC Classifications Counselor Kim
Lacasse, and the NHDOC Health Services Administrator are hereby
dismissed from this case.

     The Clerk shall transfer the case, including any claims
asserted against the Connecticut defendants, to the District of
Connecticut, Hartford Division.  The Clerk shall also enter
judgment in accordance with this Order and close the case.


     SO ORDERED.

                                  _____
                                  Steven J. McAuliffe
                                  United States District Judge


Date: November 8, 2014

cc:  Robert Dee Burke, pro se